**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EUGENE WILLIS,

   Petitioner,

  v.

WARDEN USP CANAAN,

   Respondent.

No. 4:26-CV-00537

(Chief Judge Brann)

## ORDER

**AND NOW**, this 17th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.   Petitioner Eugene Willis's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2.   The Clerk of Court is directed to **CLOSE** this case.

      BY THE COURT:


      *s/ Matthew W. Brann*
      Matthew W. Brann
      Chief United States District Judge